UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. 12-CV-2149-JLS |
| --- | --- | --- |
| Plaintiff, | ) ) | Criminal No. 12-CR-1963-JLS |
| v. | ) ) | **ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION UNDER 28 U.S.C. § 2255** |
| JOSE FELICIANO BOJORQUEZ, | ) ) | |
| Defendant. | ) ) ) | |

Currently pending before the Court is Defendant's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255.  [Doc. No. 29].  This motion may be moot because Defendant has been released from custody since the filing of the motion.[1]  However, as collateral consequences continue to result from the sentence imposed, the Court will consider the motion. *See Chaker v. Crogan*, 428 F.3d 1215, 1219 (9th Cir. 2005)(recognizing presumption that collateral consequences result from any criminal conviction).

The Court has reviewed the record in this case which establishes that Defendant waived both his right to appeal and to collaterally attack his conviction and sentence.  (Plea Agreement,

---

[1] Defendant has already served the custodial term of his original sentence, but is currently in custody based upon allegations that he violated the terms of his supervised release.

ECF No. 13, 10:03-24). Defendant's motion raises no challenge to the validity of this waiver,[2] therefore this Court lacks jurisdiction to consider any collateral challenge to his conviction and sentence. *See Washington v. Lampert*, 422 F.3d 864, 869 (9th Cir. 2005) (recognizing that sentencing agreement's valid waiver of the right to file a federal habeas petition deprives district court of jurisdiction to hear case).

## CONCLUSION

Having carefully considered Defendant's claims in view of the case files and records, the Court finds the record sufficiently developed to conclusively show that Defendant is entitled to no relief. The Court finds that Defendant has waived his right to collaterally challenge his conviction and sentence in this matter. Accordingly, Defendant's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 is **DISMISSED**. Additionally, the Court **DENIES** Defendant a certificate of appealability, as Defendant has not made a substantial showing that he has been denied a constitutional right. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: May 14, 2014

Honorable Janis L. Sammartino
United States District Judge

---

[2] The sole basis for relief presented in Petitioner's motion is the allegation that Defendant's sentence fails to provide equal protection and due process under the United States Constitution because Defendant, a citizen of Mexico, is not entitled to participate in a drug rehabilitation program during his incarceration.